Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Hengameh S. Safaei, Bar No. 248048
hsafaei@lcwlegal.com
Jessica R. Frier, Bar No. 268077
jfrier@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone: 310.981.2000
Facsimile: 310.337.0837

Attorneys for Defendants
City of Los Angeles, Eric Garcetti, Richard Llewellyn,
Mike Feuer, Delia Ibarra, Andrew Glazier, Steve Fazio,
Jimmie Woods-Gray and Jimmy Hara, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| STEPHEN MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No.: CV13-05148 GW (CWx)<br><br>Complaint Filed: July 17, 2013<br>FAC Filed: August 27, 2013<br>SAC Filed: November 8, 2013<br>TAC Filed: April 3, 2014<br>FAC Filed: June 14, 2014<br><br>**JOINT SCHEDULING CONFERENCE REPORT**<br><br>Scheduling Conference<br>Date:　　　　June 30, 2014<br>Time:　　　　8:30 a.m.<br>Courtroom:　　10 |

## I.　　**INTRODUCTION**

　　Pursuant to Federal Rule of Civil Procedure 26(f) and Central District Local Rule 26-1, counsel for plaintiff and counsel for defendants held telephonic conferences on April 15 and June 24, 2014.  This Joint Scheduling Conference Report, filed in advance of the continued Scheduling Conference to be held on June 30, 2014, reflects counsel's discussions.

　　This Joint Scheduling Report supersedes the Joint Scheduling Report previously filed on or about April 22, 2014 (Doc. No. 84).

830111.2 LO160-045

## II. DISCOVERY PLAN – FED. R. CIV. PROC. 26(f)

### A. *Initial Disclosures - Fed. R. Civ. Proc. 26(f)(3)(A)*

The parties have not yet exchanged Initial Disclosures. Plaintiff proposes that the exchange for Initial Disclosures be on the date of the Scheduling Conference. Defendants propose that this Court order Initial Disclosures to be made on July 31, 2014, which is one week after the hearing on defendants' motion to dismiss, which is anticipated to be scheduled on July 24, 2014. Defendants contend that this timing will allow for a possible ruling by this Court on the motion to dismiss which may narrow the scope of the case, and thus the scope of the parties' Initial Disclosures and subsequent discovery. Plaintiff contends that whether all defendants survive the motions to dismiss is not determinative of the scope of the disclosures which should be broadly construed. To date there have been no disclosures all thought the plaintiff has provided multiple documents in the FAC as exhibits which will be provided again as part of the Rule 26 disclosures.

Plaintiff also contends that the case of *Lane v. Franks* 2014 DJDAR 7828, decided June 19, 2014 by the U.S. Supreme Court bears on the first amendment speech and petitioning activities of the plaintiff herein.

### B. *Discovery Subjects – Fed. R. Civ. Proc. 26(f)(3)(B)*

The parties propose a Discovery Cut-Off of June 1, 2015. The parties anticipate that extensive discovery will be needed due to the number of individual defendants, the scope of plaintiff's claims and the probability of discovery disputes over documents and scope of examination based upon claims of the attorney/client and work product privilege. The parties anticipate that discovery will focus upon the claims set forth in plaintiff's complaint and the answers of the defendants once the pleadings are resolved. The parties anticipate that specific subjects of discovery will include plaintiff's job duties as Independent Assessor, plaintiff's allegations that he engaged in protected activity and was subjected to adverse employment actions, and defendants' contentions that any adverse employment actions were

undertaken for legitimate business reasons and that defendants possess qualified immunity.

### C.  *Discovery of ESI – Fed. R. Civ. Proc. 26(f)(3)(C)*

The parties have discussed potential ESI issues.  Defendants are currently conducting an extensive search for relevant ESI and do not anticipate having that search completed before the Scheduling Conference.  No estimated date for completion has been provided on this issue.  Plaintiff contends that at this stage there should be an ability to provide a time frame regarding any search conducted.

### D.  *Privilege Issues – Fed. R. Civ. Proc. 26(f)(3)(D)*

The parties anticipate that substantial attorney-client privilege and work product protection issues and potential discovery disputes will arise in connection with ESI, particularly with respect to email communications involving attorneys with the City Attorney's Office.  The parties are not yet in a position to propose more detailed procedures for resolving privilege disputes.

### E.  *Changes/Limitations on Discovery – Fed. R. Civ. Proc. 26(f)(3)(E)*

#### 1.  **Depositions of Elected Officials.**

Defendants request that depositions of any elected officials (Mayor Eric Garcetti, City Attorney Mike Feuer) be stayed until after written discovery has been conducted establishing that the official actually has some relevant personal knowledge of information that is necessary for plaintiff's discovery in this case.  Plaintiff opposes a stay of discovery of elected officials since there is already a record trail to each of these individuals.  Plaintiff contends that if the deponent knows nothing or did nothing that it should be a relatively brief deposition.

#### 2.  **Location of Depositions of Parties**

Defendants propose that depositions of the defendants be scheduled to take place in Los Angeles since all 8 individual defendants work in or near downtown Los Angeles, all of them are high ranking officials of the City, and all of the relevant events in this case occurred in Los Angeles.  Defendants contend it would

be an unnecessary hardship to require these 8 officials to travel 56 miles to the office of plaintiff's counsel in Riverside. Defendants' counsel agrees to make conference room(s) available as necessary for depositions to take place in either downtown Los Angeles or at Defendants' counsel's office in Los Angeles.

Plaintiff is willing to consider scheduling depositions of elected government officials in the Los Angeles area (*i.e.* Mayor Eric Garcetti and City Attorney Mike Feuer), but is not agreeable to other modifications in location for the remaining individual defendants. Plaintiff contends that with the voluminous number of documents at issue that it is a hardship for counsel to take all depositions in the LA area for the convenience of defense counsel and witnesses. Counsel for the plaintiff has resources available at its own office which aren't available at another location. These resources include staff members and equipment availability. Additionally, plaintiff contends that traffic patterns typically are less of a hardship travelling eastbound to Riverside and westbound at the end of the day back to LA rather than what is proposed by defendants.

### III. CASE MANAGEMENT AND SCHEDULING – LOCAL RULE 26-1

#### A. *Complex Case – Local Rule 26-1(a)*

The parties do not believe the case is complex or should be treated as such.

#### B. *Motion Schedule – Local Rule 26-1(b)*

The parties propose a Motion Cut-Off date of August 10, 2015. Defendants may file additional motion(s) to dismiss if Plaintiff files a further amended complaint. Defendants intend to file motions for summary judgment or partial summary judgment if the case proceeds past the pleading stage. Defendants also intend to file motions to bifurcate *Monell* liability from individual liability so that individual liability is tried first and to bifurcate punitive damages at trial.

#### C. *ADR – Local Rule 26-1(c)*

The parties have discussed alternative dispute resolution options and are agreeable to private mediation. The parties previously engaged in a private

830111.2 LO160-045

4

JOINT SCHEDULING CONFERENCE REPORT

1 mediation before Plaintiff filed his lawsuit, which was unsuccessful. The parties
2 stipulate to complete settlement proceedings before the Discovery Cut-Off date.

### D. *Trial Estimate – Local Rule 26-1(d)*

The parties estimate that a jury trial will take 10 court days.

### E. *Additional Parties – Local Rule 26-1(e)*

As reflected in Plaintiff's Fourth Amended Complaint, Carmen Trutanich, William W. Carter, Pedro Echeverria, Eileen Decker, and Gregg Kettles are no longer parties to this action. The parties do not anticipate that additional parties will be added. Plaintiff would request the opportunity to add any other defendants and be given until November 1, 2014 to add any new defendants as DOES.

### F. *Expert Witnesses – Local Rule 26-1(f)*

The parties propose the following for the timing of expert disclosures: Initial Expert Disclosures: April 17, 2015; Rebuttal Expert Disclosures: May 18, 2015; and Expert Discovery Cut-Off: June 15, 2015.

## IV. PROPOSED PRE-TRIAL SCHEDULE AND TRIAL DATE.

The parties propose the following pre-trial schedule and trial date:

| | |
|---|---|
| Initial Expert Disclosures: | April 17, 2015 |
| Rebuttal Expert Disclosures: | May 18, 2015 |
| Discovery Cut-Off: | June 1, 2015 |
| Expert Discovery Cut-Off: | June 15, 2015 |
| Motion Hearing Cut-Off: | August 10, 2015 |
| Final Pretrial Conference: | October 19, 2015 |
| Jury Trial: | November 3, 2015 |

Counsel will be prepared to discuss the trial date, the pre-trial schedule, and the matters discussed herein at the Scheduling Conference.

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

| | | |
|---|---|---|
| 1 | Dated:  June 26, 2014 | Respectfully submitted, |
| 2 | | LIEBERT CASSIDY WHITMORE |
| 4 | | By:  /s/ Brian P. Walter |
| 5 | | Brian P. Walter<br>Hengameh S. Safaei<br>Jessica R. Frier |
| 6 | | Attorneys for Defendants<br>City of Los Angeles, Eric Garcetti, |
| 7 | | Richard Llewellyn, Mike Feuer, Delia Ibarra, Andrew Glazier, Steve Fazio, |
| 8 | | Jimmie Woods-Gray and Jimmy Hara, M.D. |
| 10 | Dated:    June 26, 2014 | WAGNER & PELAYES, LLP |
| 13 | | By: /s/ Dennis E. Wagner |
| 14 | | Dennis E. Wagner<br>Tristan G. Pelayes<br>Attorneys for Plaintiff |
| 15 | | Stephen Miller |

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

830111.2  LO160-045

6

JOINT SCHEDULING CONFERENCE REPORT