Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone: (951) 686-4800
Facsimile: (951) 686-4801
dew@wagner-pelayes.com

Attorneys for Plaintiff,
STEPHEN MILLER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEPHEN MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | CASE NO.:<br>CV13-05148 GW (CWx)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>*Judge George Wu* |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, as to the following:

1.    That plaintiff's counsel is currently on vacation and unable to timely prepare the opposition to defendants' Motion to Dismiss and Motion for More Definite Statement ("Motion").

2.    That defendants' Motion, currently scheduled for July 31, 2014, be continued to August 7, 2014 at 8:30 a.m. in Courtroom 10 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012.

3.   That defendants' Request for Judicial Noticed, filed concurrently with defendants' Motion, also be advanced to the hearing date of August 7, 2014;

4.   That plaintiff will have until July 17, 2014 within which to file any opposition to the Motion; and

5.   That defendants will have until July 24, 2014 within which to file any reply papers in support of the Motion.

Dated: July __1__, 2014                    WAGNER & PELAYES, LLP


_____
TRISTAN G. PELAYES, Esq.
DENNIS E. WAGNER, Esq.
Attorneys for Plaintiff


Dated: July __1__, 2014                    LIEBERT CASSIDY WHITMORE
                                           A Professional Law Corporation

/s/ *Hengameh S. Safaei*
_____
BRIAN P. WALTER, Esq.
HENGAMEH S. SAFAEI
Attorneys for Defendants

832167.1 LO160-045              2