**NO FURTHER EXTENSIONS WILL BE GRANTED**

Mary E. Collins, Esq., CA Bar No. 296536
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel: (951) 686-4800
Fax: (951) 686-4801
mec@wagner-pelayes.com
dew@wagner-pelayes.com

Stephen Miller, CA Bar No. 106534
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel: (951) 686-4800

Attorneys for Plaintiff,
STEPHEN MILLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MILLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, et al.,<br>    Defendants. | CASE NO.: CV 13-5148-GW(CWx)<br><br>**ORDER**<br><br>*Honorable George H. Wu* |

   Pursuant to stipulation of the parties and for good cause given the, the court orders the following:

/ /

1

---

[PROPOSED] ORDER

| Event: | New Date: |
|---|---|
| Stay of Depositions and Document Productions | March 2, 2015 |
| Discovery Cut-Off | June 19, 2015 |
| Deadline to File Status Report re: Settlement | April 28, 2015 |
| Post Mediation Status Conference | April 30, 2015 at 8:30 a.m. |
| Expert Discovery Cut-Off | July 3, 2015 |
| Motion Cut-Off | August 27, 2015 |
| Pre-Trial Conference | Sept. 17, 2015 at 8:30 a.m. |
| Jury Trial | Sept. 29, 2015 at 9:00 a.m. |

There will be no further continuances.

**IT IS SO ORDERED.**

Dated:  January 14, 2015

_____
GEORGE H. WU, U.S. DISTRICT JUDGE