Mary E. Collins, Esq., CA Bar No. 296536
Dennis E. Wagner, Esq., CA Bar No. 99190
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel:  (951) 686-4800
Fax: (951) 686-4801
mec@wagner-pelayes.com
dew@wagner-pelayes.com

Stephen Miller, CA Bar No. 106534
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel:  (951) 686-4800

Attorneys for Plaintiff,
STEPHEN MILLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MILLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | CASE NO.:  CV13-05148 GW (CWx)<br><br>**DISCOVERY MATTER**<br><br>**AMENDED NOTICE OF PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DEMAND FOR DOCUMENTS, SET TWO AND REQUEST FOR AN ORDER FOR EVIDENTIARY SANCTIONS**<br><br>**DATE:**　　April 14, 2015<br>**TIME:**　　10:00 a.m.<br>**CRTRM:**　　640<br><br>*Magistrate Judge Carla Woehrle* |

1

AMENDED NOTICE OF MOTION TO COMPEL

PLEASE TAKE NOTICE that Plaintiff's Motion to Compel Further Responses to Demand for Documents, Set Two, will be heard on April 14, 2015 at 10:00 a.m. in Courtroom 640 of the above-entitled court located in the Edward E. Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012.

Dated: March 24, 2015                              WAGNER & PELAYES, LLP

_____

DENNIS E. WAGNER, Esq.
MARY E. COLLINS, Esq.
Attorneys for Plaintiff,
STEPHEN MILLER

AMENDED NOTICE OF MOTION TO COMPEL