JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STEPHEN MILLER,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>          Defendants. | Case No.:  CV 13-5148 GW (CWx)<br><br>Complaint Filed: July 17, 2013<br>1st AC Filed: August 27, 2013<br>2nd AC Filed: November 8, 2013<br>3rd AC Filed:  April 4, 2014<br>4th AC Filed:  June 16, 2014<br><br>JUDGMENT upon granting defendants'<br>motions for summary judgmenT |

4577250.2  LO160-045

JUDGMENT

1

## JUDGMENT

2    Defendants' City of Los Angeles, Eric Garcetti, Richard Llewellyn, Delia

3  Ibarra, Andrew Glazier, Steve Fazio, Jimmie Woods-Gray, and Jimmy Hara, M.D.

4  (collectively, "Defendants") Motions for Summary Judgment, or in the alternative,

5  Partial Summary Judgment, and Plaintiff Stephen Miller's Motion for Partial

6  Summary Judgment, came on regularly for hearing on October 22, 2015 at 8:30

7  a.m. in Courtroom 10, the Honorable George H. Wu, District Court Judge

8  Presiding.

9    The Court fully considered the evidence and arguments presented and, for the

10  reasons set forth in the Court's Tentative Ruling (Dkt. No. 266), which was

11  thereafter adopted as the Court's Final Ruling (Dkt. No. 265), the Court found that

12  there exists no genuine issue of material fact as to any matter upon which

13  Defendants' Motions for Summary Judgment are based, and that Defendants are

14  thus each entitled to summary judgment against Plaintiff as to the entire action.

15    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

16    1. **JUDGMENT** is entered in favor of Defendants and against Plaintiff

17       Stephen Miller as to the entire action and as to all the claims contained

18       in Plaintiff's Fourth Amended Complaint;

19    2. That this action is hereby **DISMISSED** on its merits; and

20    3. That Defendants are entitled to recover their costs of suit.

21

22

23  Dated: October 29, 2015

24                                        Honorable Judge George H. Wu
                                          Judge of the United States District
25                                        Court, Central District

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
Error! No text of specified style in document.